Courtney Lowery (#036888)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
courtney@sanfordlawfirm.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| Tony Manzo, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>Engrained Cabinetry and Countertops, LLC, and Thomas Corkery,<br><br>                              Defendant. | NO. 3:22-cv-8081-PCT-JJT<br><br>**CONSENT TO JOIN COLLECTIVE ACTION** |

I was employed as a commission-paid employee for Engrained Cabinetry and Countertops, LLC, and Thomas Corkery within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

DATED this 24th day of May, 2022.

**WAYNE JOHNSON**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which provided notice to the attorneys of record in this matter.

_/s/ Courtney Lowery_
Courtney Lowery