1   David C. Potts, Bar #030550
    JONES, SKELTON & HOCHULI P.L.C.
2   40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
3   Telephone:  (602) 263-4547
    Fax:  (602) 200-7829
4   dpotts@jshfirm.com

5   Attorneys for Defendants Engrained
    Cabinetry and Countertops, LLC, Inspired
6   Closets of Arizona, LLC, and Thomas
    Corkery

7

8                     **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF ARIZONA**

10

11  | Tony Manzo, Suzanne Adams, Brian | No. 3:22-cv-08081-JJT |
    Kimmerle, Judy Kinsinger, Matthew Lee,
12  Seth Zimmerman, Nicole Cavasini-          **Stipulation to Extend Time for**
    Pludowski and Nancy Thias, Individually   **Defendants to Respond to Plaintiffs'**
13  and On Behalf of All Others Similarly     **Motion for Partial Summary**
    Situated ,                                **Judgment**

14                              Plaintiff,

15              v.

16  Engrained Cabinetry and Countertops,
    LLC, Inspired Closets of Arizona, LLC,
17  and Thomas Corkery,

18                              Defendants.

19  ─────────────────────────────────

20          The parties, by and through counsel undersigned, hereby stipulate to extend

21  the deadline for Defendants to respond to Plaintiffs' Motion for Partial Summary Judgment

22  to October 14, 2023. This is the first such requested extension and will not delay the case,

23  as it comports with the dispositive motion deadline. As such, the parties respectfully

24  request that the deadline for Defendants to respond to be so extended. A proposed order is

25  attached.

26

27

28

12109411.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED this _____ day of September, 2023.

JONES, SKELTON & HOCHULI, P.L.C.


By _____
David C. Potts
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorney for Defendants Engrained
Cabinetry and Countertops, LLC, Inspired
Closets of Arizona, LLC, and Thomas
Corkery

DATED this _____ day of September, 2023.

SANFORD LAW FIRM, PLLC


By _____
Josh Sanford
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Attorney for Plaintiffs

12109411.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

12109411.1