UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Individually and On Behalf of All Others Similarly Situated , | No. 3:22-cv-08081-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery, | |
| Defendants. | |

Having reviewed the parties' Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Motion for Partial Summary Judgment, and good cause appearing,

**IT IS ORDERED** extending the time for Defendants to respond to Plaintiffs' Motion for Partial Summary Judgment to October 14, 2023.

DATED this _____ day of September, 2023.

By _____
John J. Tuchi
United States District Judge

12109433.1