David C. Potts, Bar #030550
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4547
Fax: (602) 200-7829
dpotts@jshfirm.com

Attorneys for Defendants Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery, <br><br> Defendants. | No. 3:22-cv-08081-JJT <br><br> **Joint Request for Appointment of a United States Magistrate Judge for Settlement Conference** |

The parties, by and through counsel undersigned, hereby jointly request that the Court appoint a United States Magistrate Judge to conduct a Settlement Conference in this matter.

12109418.1

DATED this 29th day of September, 2023.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ David C. Potts
David C. Potts
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery

.

SANFORD LAW FIRM, PLLC


By /s/ Josh Sanford (with permission)
Josh Sanford
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

By: S. Coffey

12109418.1