David C. Potts, Bar #030550
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4547
Fax: (602) 200-7829
dpotts@jshfirm.com

Attorneys for Defendants Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Individually and On Behalf of All Others Similarly Situated, <br><br>Plaintiff, <br><br>v. <br><br>Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery, <br><br>Defendants. | No. 3:22-cv-08081-JJT <br><br>**Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Motion for Partial Summary Judgment** |

The parties, by and through counsel undersigned, hereby stipulate to extend the deadline for Defendants to respond to Plaintiffs' Motion for Partial Summary Judgment to October 14, 2023. This is the first such requested extension and will not delay the case, as it comports with the dispositive motion deadline. As such, the parties respectfully request that the deadline for Defendants to respond to be so extended. A proposed order is attached.

12109411.1

DATED this 2nd day of October, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ David C. Potts
David C. Potts
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorney for Defendants Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery

SANFORD LAW FIRM, PLLC

By /s/ Josh Sanford (with permission)
Josh Sanford
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Attorney for Plaintiffs

12109411.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

By: S. Coffey

12109411.1