# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Manzo, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>Engrained Cabinetry and Countertops LLC, *et al.*, <br><br>    Defendants. | No. CV-22-08081-PCT-JJT <br><br>**ORDER** |

At issue is the parties' Joint Request for Appointment of a United States Magistrate Judge for Settlement Conference (Doc. 55). Also at issue is the parties' Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Motion for Partial Summary Judgment (Doc. 57). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting parties' Joint Request for Appointment of a United States Magistrate Judge for Settlement Conference (Doc. 55).

**IT IS FURTHER ORDERED** that Magistrate Judge Eileen S. Willett having been randomly drawn, this matter is referred to Judge Willett for the purpose of conducting a settlement conference. Parties are to contact the chambers of Judge Willett within 14 days from the date of this Order for a date and time for the conference.

**IT IS FURTHER ORDERED** granting the parties' Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Motion for Partial Summary Judgment (Doc. 57) and extending the deadline for Defendants to file a Response to Plaintiffs' Motion for Partial Summary Judgment (Doc. 52) to **October 14, 2023**.

**IT IS FURTHER ORDERED** denying as moot the parties' Stipulation to Extend Time at Doc. 54.

Dated this 4th day of October, 2023.

_____
Honorable John J. Tuchi
United States District Judge