1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9  Tony Manzo, et al., | No. CV-22-08081-PCT-JJT |
| 10                    Plaintiffs, | **ORDER** |
| 11  v. | |
| 12  Engrained Cabinetry and Countertops LLC, et al., | |
| 13 | |
| 14                    Defendants. | |

15        This matter was referred to Judge Willett for a Settlement Conference (Doc. 58).

16        IT IS ORDERED setting a Telephonic Status Conference to discuss scheduling a

17   Settlement Conference for **November 1, 2023 at 10:00 a.m.**  Counsel for Plaintiff is

18   directed to make arrangements for a call-in conference call.  The conference phone number

19   and ID code or password should be provided to the Court no later than three business days

20   prior   to   the   Telephonic   Status   Conference   via   email   message   to

21   willett_chambers@azd.uscourts.gov.

22        **Counsel need not jointly call Chambers.**  Judge Willett will discuss scheduling at

23   the Telephonic Status Conference set above.

24        Dated this 5th day of October, 2023.

25
26
27                                              _____
                                                Honorable Eileen S. Willett
28                                              United States Magistrate Judge