# EXHIBIT A

## DECLARATION OF TOM CORKERY

STATE OF ARIZONA   )
                   )  ss.
County of Yavapai  )

I, Thomas Corkery, declare as follows:

1. I am over the age of 18 years and competent to testify to the matters set forth in this Declaration.

2. I am a named defendant in this action. In addition, I am the Co-Owner of Engrained Cabinetry and Countertops, LLC ("Engrained") and Inspired Closets of Arizona, LLC ("Inspired").

3. As the plaintiffs in this case allege, Engrained and Inspired are in the business of "selling and installing cabinets, countertops and storage." Specifically, Engrained sells and installs cabinets for use in kitchens, bathrooms, laundry rooms, closets, garages, and workshops. It also sells and installs countertops, drawers, shelves, and the attendant hardware for all of these. Engrained's primary market for these products and services are homeowners. Engrained even has three showrooms (one in Prescott, one in Flagstaff, and one in Cottonwood) for consumers to shop for possible cabinetry options.

4. As noted, the primary market for Engrained is homeowners, and I would estimate well over 75% of our sales are to individual homeowners. However, quite literally none of Engrained's sales of goods or services are sales for resale. Everything Engrained sells is to an end-user, whether it's a homeowner or a business.

5. As its name suggests, Inspired sells and installs storage solutions, predominantly for homeowners and often for closets. Aside from designing and building custom closets, though, Inspired also designs and builds pantries, home offices, murphy beds, entertainment centers, and other home organization solutions. Inspired's primary market for these products and services are homeowners.

1

6. The primary market for Inspired is homeowners, and I would estimate well over 75% of our sales are to individual homeowners. However, quite literally none of Inspired's sales of goods or services are sales for resale. Everything Inspired sells is to an end-user, whether it's a homeowner or a business.

7. I am aware that some of the plaintiffs in this matter allege that Engrained and Inspired "regularly reduced or eliminated entirely Plaintiffs' and other Commission Employees' commissions if they made an error in designing a cabinet, countertop or storage," that "[w]hen Plaintiffs made an error in designing or manufacturing a project, Defendants would quantify the error and then take that amount out of all future commissions until the amount had been paid back," and that "Defendants deducted the following from Commission Employees' commissions: credit card transaction fees when a customer paid with a credit card; social media marketing for the company; travel expenses for mandatory training; and other miscellaneous fees." These allegations are false.

8. Moreover, while the plaintiffs generally allege that they were all paid in an identical fashion, this is not true. Some employees were paid a draw, and some were not. Some employees were paid an hourly rate, and some were not. It is not the case, then, that all the plaintiffs were paid in an identical fashion; the overarching commonality, though, is that all were paid, in part, on a commission basis.

9. I am aware of the Declarations submitted by some of the plaintiffs in this case. I do not believe them to be accurate. For example, with respect to Tony Manzo's Declaration, he alleges that he was paid "solely on a commission basis." This is only partially true – Mr. Manzo received a draw early in his employment to ensure that he would make enough money to satisfy any wage concerns.

10. I have attached as Exhibit 1 to this Declaration a copy of all of the commissions and draws received by Mr. Manzo during his employment. This commission sheet shows the customers for whom projects were completed, the estimated

commissions, any revisions following completion of the project, the commission amount, the draw payback, the commission payable, and the date the commission was paid.

11. Though Mr. Manzo claims there were "weeks or months in which we were paid nothing at all," this is not true. Mr. Manzo was paid every month of his employment. Moreover, given the federal minimum wage under the FLSA is $7.25 an hour, and given that 1.5 times that amount is $10.875, I believe that Mr. Manzo was paid at least $10.875 per hour every month of his employment, with the possible exception of February 2021. The only other month with a similarly low payment is May 2020, at which point Engrained was closed due to the COVID-19 pandemic.

12. I am also aware of Nicole Cavasini-Pludowski's Declaration, which, as I read it, is largely identical to Mr. Manzo's. I have attached as Exhibit 2 to this Declaration a copy of all of the commissions and draws received by Ms. Cavasini-Pludowski during her employment. I am unaware of exactly how many hours Ms. Cavasini-Pludowski claims to have worked in each month, but I am positive that Ms. Cavasini-Pludowski was paid at least $10.875 per hour from October 2021 onward – it is not possible, given the amount of money that she made in commissions, for her rate of pay to be lower than that.

13. I am also aware that Ms. Cavasini-Pludowski, like Mr. Manzo, alleges she was paid "solely on a commission basis." This is untrue. Early in her employment, Ms. Cavasini-Pludowski was also paid on an hourly basis at a rate of $15.50 per hour. I do not know why Ms. Cavasini-Pludowski claims otherwise.

14. Finally, I am aware of Suzanne Adams' Declaration, which, as I read it, is largely identical to Mr. Manzo's and Ms. Cavasini-Pludowski's. I have attached as Exhibit 3 to this Declaration a copy of all of the commissions and draws received by Ms. Cavasini-Pludowski during her employment with Engrained and with Inspired both. I am unaware of exactly how many hours Ms. Adams claims to have worked in each month,

but I am confident that Ms. Adams was paid at least $10.875 per hour while working for Inspired.

15. I am also aware that Ms. Adams, like Mr. Manzo and Ms. Cavasini-Pludowski, alleges she was paid "solely on a commission basis." This is untrue. Early in her employment with Engrained, Ms. Adams was also paid on an hourly basis at a rate of $15.50 per hour. I do not know why Ms. Adams claims otherwise.

16. I disagree with Mr. Manzo, Ms. Cavasini, and Ms. Adams' claims that they worked more than forty hours a week and Inspired and Engrained "required Commission Employees to work during all hours that the building was open." To the contrary, design employees for both Inspired and Engrained were permitted to work from home and, by and large, did so. There was no requirement to be working "all hours that the building was open."

17. As noted, I have other disagreements with the Declarations generally (including that I did not dictate or determine the plaintiffs' work schedules), but I understand that not every disagreement is relevant to this Motion.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: 10-13-2023

_____
Thomas Corkery

# EXHIBIT 1

| Date (started commission 6/1/2019) | Customer | Res # | Estimated Commission | Revised Commission (if any) | Commission Rate | Commission Amount | Weekly Deduction (Draw Payback) | Commission Payable | Check Paid | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2019 | Spero Res #A19113 (JS) | A19113 | $ 1,233.19 | | 50% | $ 616.60 | | $ 616.60 | 9/26/2019 | | | |
| 10/11/2019 | DRAW | | | | | $ - | | $ 1,000.00 | 10/11/2019 | $ 9,600.00 | Draw to Date | |
| 10/14/2019 | DRAW | | | | | $ - | | $ 1,000.00 | 10/17/2019 | $ (3,107.62) | Draw Payback | |
| 10/21/2019 | DRAW | | | | | $ - | | $ 1,000.00 | 10/24/2019 | $ 6,492.39 | Draw Balance | |
| 10/28/2019 | DRAW | | | | | $ - | | $ 1,000.00 | 10/31/2019 | **moved down** | | |
| 11/5/2019 | DRAW | | | | 150% | $ - | | $ 1,000.00 | 11/7/2019 | **so that is not forgotten** | | |
| 11/12/2019 | Golden Res (JS) | B19059 | $ 875.74 | | 50% | $ 437.87 | $ 87.57 | $ 350.30 | 11/14/2019 | | | |
| 11/12/2019 | Grant Res Ph 1 (JS) | B19057 | $ 1,870.52 | | 50% | $ 935.26 | $ 187.05 | $ 748.21 | 11/14/2019 | | | |
| 11/12/2019 | Grant Res Ph 2 (JS) | B19060 | $ 950.98 | | 50% | $ 475.49 | $ 95.10 | $ 380.39 | 11/14/2019 | | | |
| 11/19/2019 | DRAW | | | | 50% | $ - | | $ 1,000.00 | 11/21/2019 | | | |
| 12/2/2019 | Howden Res(JS) | B19061 | $ 215.37 | | 50% | $ 107.69 | $ (107.69) | $ (0.00) | 12/5/2019 | | | |
| 12/3/2019 | DRAW | | | | 150% | $ - | | $ 1,000.00 | 12/5/2019 | | | |
| 12/10/2019 | DRAW | | | | 50% | $ - | | $ 1,000.00 | 12/12/2019 | | | |
| 12/10/2019 | PAS Construction (JS) | B19063 | $ 1,225.67 | | 50% | $ 612.84 | $ 122.57 | $ 490.27 | 12/19/2019 | | | |
| 12/19/2019 | Konecky Res (JS) | B19064 | $ 718.00 | | 50% | $ 359.00 | $ 71.80 | $ 287.20 | 12/26/2019 | | | |
| 12/30/2019 | McIntosh Res (JS) | B19066 | $ 383.93 | | 50% | $ 191.97 | $ 38.39 | $ 153.57 | 1/2/2020 | | | |
| 1/2/2020 | DRAW | | | | | | | $ 500.00 | 1/2/2020 | | | |
| 12/31/2019 | Murphy Res (JS) | B19068 | $ 47.44 | | 50% | $ 23.72 | $ 4.74 | $ 18.98 | 1/9/2020 | | | |
| 1/2/2020 | Colvin Residence(JS) | B20001 | $ 494.67 | | 50% | $ 247.34 | $ 49.47 | $ 197.87 | 1/9/2020 | | | |
| 1/6/2020 | Tierra Verde-Sky Lodge(JS) | B20002 | $ 1,514.63 | | 50% | $ 757.32 | $ 151.46 | $ 605.85 | 1/9/2020 | | | |
| 1/14/2020 | DRAW | | | | | $ - | $ - | $ 600.00 | 1/16/2020 | | | |
| 1/14/2020 | Cheryl Smith Res(JS) | B20003 | $ 438.00 | | 50% | $ 219.00 | $ 43.80 | $ 175.20 | 1/23/2020 | | | |
| 1/20/2020 | Moyer Residence (JS) | B20004 | $ 248.25 | | 50% | $ 124.13 | $ 24.83 | $ 99.30 | 1/23/2020 | | | |
| 1/22/2020 | DRAW | | | | | $ - | $ - | $ 500.00 | 1/23/2020 | | | |
| 1/27/2020 | Murphy Res (JC) | B19068 | $ 47.44 | | 50% | $ 23.72 | $ 4.74 | $ 18.98 | 1/30/2020 | | | |
| 1/27/2020 | Konecky Res (JC) | B19064 | $ 718.00 | | 50% | $ 359.00 | $ 71.80 | $ 287.20 | 1/30/2020 | | | |
| 1/27/2020 | Grant Res Ph 1 (JC) | B19057 | $ 90.67 | | 100% | $ 90.67 | $ 18.13 | $ 72.54 | 1/30/2020 | | | |
| 2/3/2020 | Gautreaux Res(JS) | B20006 | $ 761.40 | | 50% | $ 380.70 | $ 76.14 | $ 304.56 | 2/6/2020 | | | |
| 2/3/2020 | PAS Construction (JC) | B19063 | $ 512.83 | | 100% | $ 512.83 | $ 102.57 | $ 410.26 | 2/6/2020 | | | |
| 2/3/2020 | COP-Community Dev Dept(JS) | B20005 | $ 456.63 | | 50% | $ 228.32 | $ 45.66 | $ 182.65 | 2/6/2020 | | | |
| 2/4/2020 | Cheryl Smith Res(JC) | B20003 | $ 438.00 | | 50% | $ 219.00 | $ 43.80 | $ 175.20 | 2/6/2020 | | | |
| 2/4/2020 | Moyer Residence (JC) | B20004 | $ 248.25 | $ 0.01 | 50% | $ 124.13 | $ 24.83 | $ 99.29 | 2/6/2020 | | | |
| 2/4/2020 | Colvin Residence(JC) | B20001 | $ 606.95 | $ (56.13) | 50% | $ 303.48 | $ 60.70 | $ 298.91 | 2/6/2020 | | | |
| 2/12/2020 | Eason Res(JS) | B20011 | $ 133.33 | | 50% | $ 66.67 | $ 13.33 | $ 53.33 | 2/20/2020 | | | |
| 2/13/2020 | Lisa Hitt Res(JS) | B20008 | $ 581.71 | | 50% | $ 290.86 | $ 58.17 | $ 232.68 | 2/20/2020 | | | |
| 2/17/2020 | Lisa Hitt Res Ph2 (JS) | B20012 | $ 671.51 | | 50% | $ 335.76 | $ 67.15 | $ 268.60 | 2/20/2020 | | | |
| 2/17/2020 | Tierra Verde-Sky Lodge(JC) | B20002 | $ 1,514.63 | $ 0.01 | 50% | $ 757.32 | $ 151.46 | $ 605.84 | 2/20/2020 | | | |
| 2/17/2020 | Howden Res(JC) | B19061 | $ 215.00 | $ 0.01 | 50% | $ 107.50 | $ 21.50 | $ 85.99 | 2/20/2020 | | | |
| 2/24/2020 | Tierra Verde-Cliff Castle(JS) | B20014 | $ 1,581.64 | | 50% | $ 790.82 | $ 158.16 | $ 632.66 | 2/27/2020 | | | |
| 3/3/2020 | Stanley-E Magma (JS) | B20015 | $ 746.71 | | 50% | $ 373.36 | $ 74.67 | $ 298.68 | 3/5/2020 | | | |
| 3/11/2020 | Integrabuild-Nance Res Ph 2(JS) | B20020 | $ 1,355.97 | | 50% | $ 677.99 | $ 135.60 | $ 542.39 | 3/19/2020 | | | |
| 3/13/2020 | Integrabuild-Nance Res Ph 1(JS) | B20019 | $ 4,437.38 | | 50% | $ 2,218.69 | $ 443.74 | $ 1,774.95 | 3/19/2020 | | | |
| 3/16/2020 | Eason Res(JC) | B20011 | $ 133.33 | $ 0.01 | 50% | $ 66.67 | $ 13.33 | $ 53.32 | 3/19/2020 | | | |
| 3/16/2020 | PAS Construction Refund Deduct | B19063 | $ (140.11) | | 100% | $ (140.11) | | $ (140.11) | 3/19/2020 | | | |
| 3/25/2020 | Stanley-8482 E Spouse Dr(JS) | B20017 | $ 697.41 | | 50% | $ 348.71 | $ 69.74 | $ 278.96 | 4/2/2020 | | | |
| 3/30/2020 | Gautreaux Res(JC) | B20006 | $ 643.20 | $ 59.10 | 50% | $ 321.60 | $ 64.32 | $ 198.18 | 4/2/2020 | | | |
| 3/31/2020 | Stanley-4175 N Navajo(JS) | B20026 | $ 1,279.65 | | 50% | $ 639.83 | $ 127.97 | $ 511.86 | 4/2/2020 | | | |
| 4/6/2020 | Colvin Residence Ph 2(JC) | B20022 | $ 60.32 | | 100% | $ 60.32 | $ 12.06 | $ 48.26 | 4/9/2020 | | | |
| 4/13/2020 | Grant Res Ph 2 (JC) | B19060 | $ 861.07 | $ 44.96 | 50% | $ 430.54 | $ 86.11 | $ 299.47 | 4/16/2020 | | | |
| 4/13/2020 | Lisa Hitt Res(JC) | B20008 | $ 571.28 | $ 5.22 | 50% | $ 285.64 | $ 57.13 | $ 223.29 | 4/16/2020 | $ 9,600.00 | Draw to Date | |
| 4/13/2020 | Stanley-E Magma (JC) | B20015 | $ 746.71 | $ 0.01 | 50% | $ 373.36 | $ 74.67 | $ 298.67 | 4/16/2020 | $ (6,505.69) | Draw Payback | See line AJ86 |
| 4/20/2020 | COP-Community Dev Dept(JC) | B20005 | $ 456.63 | $ 0.01 | 50% | $ 228.32 | $ 45.66 | $ 182.64 | 4/23/2020 | $ 3,094.31 | Draw Balance | |
| 5/26/2020 | Stanley-8482 E Spouse Dr(JC) | B20017 | $ 697.41 | $ 0.01 | 50% | $ 348.71 | $ 69.74 | $ 278.95 | 5/28/2020 | | | |

| Date (started commission 6/1/2019) | Customer | Res # | Estimated Commission | Revised Commission (if any) | Commission Rate | Commission Amount | Weekly Deduction (Draw Payback) | Commission Payable | Check Paid | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | Pimmex-46968 W Farrell(JS) | B20037 | $ 1,605.33 | | 50% | $ 802.67 | $ 160.53 | $ 642.13 | 6/4/2020 | | | |
| 5/28/2020 | Pimmex-44815 W Vincent(JS) | B20039 | $ 1,643.10 | | 50% | $ 821.55 | $ 164.31 | $ 657.24 | 6/4/2020 | | | |
| 5/28/2020 | Pimmex-47187 W Farrell(JS) | B20038 | $ 1,529.35 | | 50% | $ 764.68 | $ 152.94 | $ 611.74 | 6/4/2020 | | | |
| 6/9/2020 | American Pro-Units A&B (JS) | B20042 | $ 593.38 | | 50% | $ 296.69 | $ 59.34 | $ 237.35 | 6/11/2020 | | | |
| 6/15/2020 | McIntosh Res (JC) | B19066 | $ 439.83 | $ (27.93) | 50% | $ 219.92 | $ 43.98 | $ 203.86 | 6/18/2020 | | | |
| 6/25/2020 | American Pro-Units A&B Ph 2(JS) | B20045 | $ 711.30 | | 50% | $ 355.65 | $ 71.13 | $ 284.52 | 7/2/2020 | | | |
| 6/29/2020 | Integrabuild-Nance Res Ph 2(JC) | B20020 | $ 53.33 | | 100% | $ 53.33 | $ 10.67 | $ 42.66 | 7/2/2020 | | | |
| 6/29/2020 | Integrabuild-Nance Res Ph 1(JC) | B20019 | $ 1,851.19 | | 100% | $ 1,851.19 | $ 370.24 | $ 1,480.95 | 7/2/2020 | | | |
| 7/6/2020 | Tierra Verde Bldrs-Clff Castle(JC) | B20014 | $ 343.26 | | 100% | $ 343.26 | $ 68.65 | $ 274.61 | 7/9/2020 | | | |
| 7/10/2020 | Mora Residence (JS) | B20056 | $ 341.50 | | 50% | $ 170.75 | $ 34.15 | $ 136.60 | 7/16/2020 | | | |
| 7/13/2020 | Tierra Verde-Stiles Res Ph 2 (JS) | B20058 | $ 310.95 | | 50% | $ 155.48 | $ 31.10 | $ 124.38 | 7/16/2020 | | | |
| 7/20/2020 | Tierra Verde-Rio Verde Plaza(JS) | B20057 | $ 8,186.93 | | 50% | $ 4,093.47 | $ 818.69 | $ 3,274.77 | 7/23/2020 | | | |
| 7/22/2020 | Mora Res PH 2 (JS) | B20061 | $ 131.00 | | 50% | $ 65.50 | $ 13.10 | $ 52.40 | 7/30/2020 | | | |
| 7/22/2020 | AmerPro-8342 Florentine Unit A (JS) | B20059 | $ 241.49 | | 50% | $ 120.75 | $ 24.15 | $ 96.60 | 7/30/2020 | | | |
| 7/22/2020 | AmerPro-8342 Florentine Unit B (JS) | B20060 | $ 250.35 | | 50% | $ 125.18 | $ 25.04 | $ 100.14 | 7/30/2020 | | | |
| 7/24/2020 | Lueck Res Ph 2 (JS) | B20065 | $ 517.66 | | 50% | $ 258.83 | $ 51.77 | $ 207.06 | 7/30/2020 | | | |
| 7/28/2020 | Tierra Verde-Stiles Res Ph 1 (JS) | B20063 | $ 888.38 | | 50% | $ 444.19 | $ 88.84 | $ 355.35 | 7/30/2020 | | | |
| 8/3/2020 | Lueck Res Ph 1 (JS) | B20067 | $ 2,379.45 | | 50% | $ 1,189.73 | $ 237.95 | $ 951.78 | 8/6/2020 | | | |
| 8/3/2020 | Personal Cabinet | | | | 100% | $ (155.16) | | $ (155.16) | 8/6/2020 | | | |
| 8/10/2020 | Harris Residence(JS) | D20074 | $ 397.50 | | 50% | $ 198.75 | $ 39.75 | $ 159.00 | 8/13/2020 | | | |
| 8/17/2020 | American Pro-Units A&B (JC) | B20042 | $ 593.38 | $ 60.00 | 50% | $ 296.69 | $ 59.34 | $ 177.35 | 8/20/2020 | | | |
| 8/17/2020 | DeLeonardis Res(JS) | B20075 | $ 2,498.49 | | 50% | $ 1,249.25 | $ 249.85 | $ 999.40 | 8/20/2020 | | | |
| 8/24/2020 | C4TH Home Imp-Arts Res (JS) | B20081 | $ 2,927.86 | | 50% | $ 1,463.93 | $ 292.79 | $ 1,171.14 | 8/27/2020 | | | |
| 8/24/2020 | Burgan Res (JS) | B20082 | $ 44.55 | | 50% | $ 22.28 | $ 4.46 | $ 17.82 | 8/27/2020 | | | |
| 8/26/2020 | Integrabuild-Blea Res Ph1 (JS) | B20083 | $ 1,078.92 | | 50% | $ 539.46 | $ 107.89 | $ 431.57 | 9/3/2020 | | | |
| 8/26/2020 | Integrabuild-Blea Res Ph 2 (JS) | B20085 | $ 829.91 | | 50% | $ 414.96 | $ 82.99 | $ 331.96 | 9/3/2020 | | | |
| 8/27/2020 | Everbuilt-Moore Res (JS) | B20084 | $ 1,872.06 | | 50% | $ 936.03 | $ 187.21 | $ 748.82 | 9/3/2020 | | | |
| 8/27/2020 | American Pro-Units A&B Ph 2(JC) | B20045 | $ 309.19 | | 100% | $ 309.19 | $ 61.84 | $ 247.35 | 9/3/2020 | | | |
| 9/14/2020 | Armstrong Res Ph2 (JS) | B20093 | $ 757.82 | | 50% | $ 378.91 | $ 75.78 | $ 303.13 | 9/17/2020 | | | |
| 9/21/2020 | Golden Res (JC) | B19059 | $ 377.13 | | 100% | $ 377.13 | $ 75.43 | $ 301.70 | 9/24/2020 | | | |
| 9/23/2020 | Stanley-4175 N Navajo(JC) | B20026 | $ 853.36 | | 100% | $ 853.36 | $ 170.67 | $ 682.69 | 10/1/2020 | | | |
| 9/24/2020 | AmerPro-8342 Florentine Unit B (JC) | B20060 | $ 250.35 | $ 1.01 | 50% | $ 125.18 | $ 25.04 | $ 99.13 | 10/1/2020 | $ 9,600.00 | Draw to Date | |
| 9/24/2020 | AmerPro-8342 Florentine Unit A (JC) | B20059 | $ 241.49 | $ 0.01 | 50% | $ 120.75 | $ 24.15 | $ 96.59 | 10/1/2020 | $ (8,035.96) | Draw Payback | |
| 9/30/2020 | Colvin Res Ph 3 (JS) | B20094 | $ 35.45 | | 50% | $ 17.73 | $ 3.55 | $ 14.18 | 10/8/2020 | $ 1,564.05 | Draw Balance | |
| 10/13/2020 | Flin Res (JS) | B20096 | $ 655.11 | | 50% | $ 327.56 | $ 65.51 | $ 262.04 | 10/15/2020 | | | |
| 10/14/2020 | Harris Residence(JC) | B20074 | $ 262.50 | | 100% | $ 262.50 | $ 52.50 | $ 210.00 | 10/22/2020 | | | |
| 10/20/2020 | Mora Residence (JC) | B20056 | $ 122.23 | | 100% | $ 122.23 | $ 24.45 | $ 97.78 | 10/29/2020 | | | |
| 10/21/2020 | De Leonardis Res Ph 2 (JS) | B20097 | $ 716.63 | | 50% | $ 358.32 | $ 71.66 | $ 286.65 | 10/29/2020 | | | |
| 10/21/2020 | Ed Phillips Res (JS) | B20101 | $ 155.93 | | 50% | $ 77.97 | $ 15.59 | $ 62.37 | 10/29/2020 | | | |
| 10/21/2020 | Armstrong Res Ph2 (JC) | B20093 | $ 757.82 | | 50% | $ 378.91 | $ 75.78 | $ 303.13 | 10/29/2020 | | | |
| 10/29/2020 | Everbuilt-Pritchard Res(JS) | B20100 | $ 594.04 | | 50% | $ 297.02 | $ 59.40 | $ 237.62 | 11/5/2020 | | | |
| 11/3/2020 | Mincieli Residence (JS) | B20103 | $ 900.84 | | 50% | $ 450.42 | $ 90.08 | $ 360.34 | 11/5/2020 | | | |
| 11/4/2020 | Demuth Res (JS) | B20115 | $ 834.83 | | 50% | $ 417.42 | $ 83.48 | $ 333.93 | 11/12/2020 | | | |
| 11/5/2020 | Integrabuild-Blea Res Ph1 (JS) | B20083 | $ 443.03 | | 100% | $ 443.03 | $ 88.61 | $ 354.42 | 11/12/2020 | | | |
| 11/5/2020 | Integrabuild-Blea Res Ph 2 (JS) | B20085 | $ 829.91 | $ 0.01 | 50% | $ 414.96 | $ 82.99 | $ 331.95 | 11/12/2020 | | | |
| 11/5/2020 | NVA Enterprises (JS) | B20114 | $ 138.83 | | 50% | $ 69.42 | $ 13.88 | $ 55.53 | 11/12/2020 | | | |
| 11/5/2020 | Lueck Res Ph 2 (JC) | B20065 | $ 286.84 | | 100% | $ 286.84 | $ 57.37 | $ 229.47 | 11/12/2020 | | | |
| 11/9/2020 | Lydia Curtz Overstock Items | | $ 70.00 | | 100% | $ 70.00 | $ 14.00 | $ 56.00 | 11/12/2020 | | | |
| 11/10/2020 | Doege Dev Ph 1 (JS) | B20110 | $ 706.56 | | 50% | $ 353.28 | $ 70.66 | $ 282.62 | 11/12/2020 | | | |
| 11/11/2020 | Doege Dev Ph 2 (JS) | B20116 | $ 403.42 | | 50% | $ 201.71 | $ 40.34 | $ 161.37 | 11/19/2020 | | | |
| 11/12/2020 | Doege Dev Ph 3 (JS) | B20118 | $ 744.09 | | 50% | $ 372.05 | $ 74.41 | $ 297.64 | 11/19/2020 | | | |
| 11/16/2020 | Tucker Res (JS) | B20117 | $ 378.69 | | 50% | $ 189.35 | $ 37.87 | $ 151.48 | 11/19/2020 | | | |
| 11/16/2020 | C4th-Arts Res Ph 2 (JS) | B20119 | $ 1,666.35 | | 50% | $ 833.18 | $ 166.64 | $ 666.54 | 11/19/2020 | | | |

| Date (started commission 6/1/2019) | Customer | Res # | Estimated Commission | Revised Commission (if any) | Commission Rate | Commission Amount | Weekly Deduction (Draw Payback) | Commission Payable | Check Paid | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/19/2020 | Ed Phillips Res (JC) | B20101 | $ 47.36 | | 100% | $ 47.36 | $ 9.47 | $ 37.89 | 11/25/2020 | | | |
| 11/19/2020 | Burgan Res (JS) | B20082 | $ 44.55 | $ 0.01 | 50% | $ 22.28 | $ 4.46 | $ 17.81 | 11/25/2020 | | | |
| 11/19/2020 | Tierra Verde-Stiles Res Ph 2 (JC) | B20058 | $ 310.95 | $ 0.01 | 50% | $ 155.48 | $ 31.10 | $ 124.37 | 11/25/2020 | | | |
| 11/20/2020 | Flin Res (JC) | B20096 | $ 655.11 | $ 0.01 | 50% | $ 327.56 | $ 65.51 | $ 262.03 | 11/25/2020 | | | |
| 11/30/2020 | Soliman Res (JC) | B20111 | $ 38.00 | | 100% | $ 38.00 | $ 7.60 | $ 30.40 | 12/3/2020 | | | |
| 11/30/2020 | Tierra Verde Rio Verde Ph 2 (JS) | B20121 | $ 132.90 | | 50% | $ 66.45 | $ 13.29 | $ 53.16 | 12/3/2020 | | | |
| 12/1/2020 | Knock Dev-Ramada (JS) | B20126 | $ 829.25 | | 50% | $ 414.63 | $ 82.93 | $ 331.70 | 12/3/2020 | | | |
| 12/1/2020 | Knock Dev-Lapis Res(JS) | B20125 | $ 638.81 | | 50% | $ 319.41 | $ 63.88 | $ 255.52 | 12/3/2020 | | | |
| 12/1/2020 | Richard Ross Res (JS) | B20130 | $ 30.60 | | 50% | $ 15.30 | $ 3.06 | $ 12.24 | 12/3/2020 | | | |
| 12/8/2020 | Hyre Construction (JS) | B20131 | $ 48.25 | | 50% | $ 24.13 | $ 4.83 | $ 19.30 | 12/17/2020 | | | |
| 12/9/2020 | NVA Enterprises: Ph2 (JS) | B20132 | $ 61.97 | | 50% | $ 30.99 | $ 6.20 | $ 24.79 | 12/17/2020 | $ | 9,600.00 | Draw to Date |
| 12/15/2020 | Pimmex-46968 W Farrell(JC) | B20037 | $ 373.91 | | 100% | $ 373.91 | $ 74.78 | $ 299.13 | 12/24/2020 | $ | (9,600.00) | Draw Payback |
| 12/15/2020 | Pimmex-44815 W Vincent(JC) | B20039 | $ 382.06 | | 100% | $ 534.58 | $ 106.92 | $ 427.66 | 12/24/2020 | $ | 0.00 | Draw Balance |
| 12/15/2020 | Pimmex-47187 W Farrell(JC) | B20038 | $ 543.53 | | 100% | $ 543.53 | $ 108.71 | $ 434.82 | 12/24/2020 | | | |
| 12/16/2020 | Tierra Verde-Rio Verde Plaza(JC) | B20057 | $ 5,982.84 | | 100% | $ 5,982.84 | $ 1,196.57 | $ 4,786.27 | 12/24/2020 | | | |
| 12/16/2020 | Richard Ross Res (JC) | B20130 | $ 30.60 | | 50% | $ 15.30 | $ 3.06 | $ 12.24 | 12/24/2020 | | | |
| 12/17/2020 | Doege Dev Ph 4 (JS) | B20136 | $ 72.09 | | 50% | $ 36.05 | $ 7.21 | $ 28.84 | 12/24/2020 | | | |
| 12/22/2020 | Deleonardis Res (JC) | B20075 | $ 2,498.49 | $ 0.01 | 50% | $ 1,249.25 | $ 66.80 | $ 1,182.45 | 12/31/2020 | | | |
| 12/22/2020 | De Leonardis Res Ph 2 (JC) | B20097 | $ 418.86 | | 100% | $ 418.86 | | $ 418.86 | 12/31/2020 | | | |
| 12/30/2020 | Stephen Doyle Res (JS) | B20138 | $ 232.13 | | 50% | $ 116.07 | | $ 116.07 | 1/7/2021 | | | |
| 1/11/2021 | Woods Res (JS) | B21003 | $ 505.13 | | 50% | $ 252.57 | | $ 252.57 | 1/14/2021 | | | |
| 1/14/2021 | Tucker Res (JC) | B20117 | $ 378.69 | $ 0.01 | 50% | $ 189.35 | | $ 189.34 | 1/21/2021 | | | |
| 1/14/2021 | Everbuilt-Pritchard Res(JC) | B20100 | $ 594.04 | | 50% | $ 297.02 | | $ 297.02 | 1/21/2021 | | | |
| 1/14/2021 | Tierra Verde Rio Verde Ph 2 (JC) | B20121 | $ 132.91 | | 50% | $ 66.46 | | $ 66.46 | 1/21/2021 | | | |
| 1/18/2021 | Everbuilt-Moore Res (JC) | B20084 | $ 411.26 | | 100% | $ 411.26 | | $ 411.26 | 1/28/2021 | | | |
| 1/21/2021 | Wanamaker Res Ph 1 (JS) | B21004 | $ 231.69 | | 50% | $ 115.85 | | $ 115.85 | 1/28/2021 | | | |
| 1/21/2021 | Wanamaker Res Ph 2 (JS) | B21005 | $ 183.00 | | 50% | $ 91.50 | | $ 91.50 | 1/28/2021 | | | |
| 1/28/2021 | Tierra Verde-Rio Verde Plaza CO (JS) | B20057 | $ 157.05 | | 50% | $ 78.53 | | $ 78.53 | 2/4/2021 | | | |
| 2/2/2021 | Tucker Res Ph 2 (JS) | B21007 | $ 1,367.84 | | 50% | $ 683.92 | | $ 683.92 | 2/4/2021 | | | |
| 2/11/2021 | MANZO TM PERSONAL | | $ (40.22) | | 100% | $ (40.22) | | $ (40.22) | 2/18/2021 | | | |
| 2/12/2021 | NVA Enterprises: Ph2 (JC) | B21032 | $ 61.97 | $ 0.01 | 50% | $ 30.99 | | $ 30.98 | 2/18/2021 | | | |
| 2/12/2021 | NVA Enterprises (JC) | B20114 | $ 138.83 | $ 0.01 | 50% | $ 69.42 | | $ 69.41 | 2/18/2021 | | | |
| 2/15/2021 | Woods Res (JC) | B21003 | $ 505.13 | $ 0.01 | 50% | $ 252.57 | | $ 252.56 | 2/18/2021 | | | |
| 2/25/2021 | Westrom Res Ph 1 (JS) | B21009 | $ 546.40 | | 50% | $ 273.20 | | $ 273.20 | 3/4/2021 | | | |
| 3/2/2021 | Hanson Res (JS) | B21012 | $ 2,048.16 | | 50% | $ 1,024.08 | | $ 1,024.08 | 3/4/2021 | | | |
| 3/3/2021 | Tierra Verde-Rio Verde Plaza CO (JC) | B20057 | $ 157.05 | $ 0.01 | 50% | $ 78.53 | | $ 78.52 | 3/11/2021 | | | |
| 3/3/2021 | Hyre Construction (JC) | B20131 | $ 48.25 | $ 0.01 | 50% | $ 24.13 | | $ 24.12 | 3/11/2021 | | | |
| 3/4/2021 | Hanson Res Ph 2 (JS) | B21013 | $ 774.33 | | 50% | $ 387.17 | | $ 387.17 | 3/11/2021 | | | |
| 3/4/2021 | Stephen Doyle Res (JC) | B20138 | $ 232.13 | $ 0.01 | 50% | $ 116.07 | | $ 116.06 | 3/11/2021 | | | |
| 3/4/2021 | Personal Order Melaminex2 | | $ (76.08) | | 100% | $ (76.08) | | $ (76.08) | 3/11/2021 | | | |
| 3/5/2021 | Westrom Res Ph 2 (JS) | B21010 | $ 210.45 | | 50% | $ 105.23 | | $ 105.23 | 3/11/2021 | | | |
| 3/5/2021 | Servpro-Turner Res(JS) | B21016 | $ 1,450.88 | | 50% | $ 725.44 | | $ 725.44 | 3/11/2021 | | | |
| 3/16/2021 | Westrom-Norris Rd(JS) | B21021 | $ 987.71 | | 50% | $ 493.86 | | $ 493.86 | 3/25/2021 | | | |
| 3/16/2021 | IntegraBuild-Bezel Res (JS) | B21022 | $ 533.72 | | 50% | $ 266.86 | | $ 266.86 | 3/25/2021 | | | |
| 3/17/2021 | Durrer Res Ph 1 (JS) | B21020 | $ 780.40 | | 50% | $ 390.20 | | $ 390.20 | 3/25/2021 | | | |
| 3/17/2021 | Wanamaker Res Ph 2 (JC) | B21005 | $ 183.00 | | 50% | $ 91.50 | | $ 91.50 | 3/25/2021 | | | |
| 3/18/2021 | Cravens Res Ph 1 (JS) | B21018 | $ 1,954.28 | | 50% | $ 977.14 | | $ 977.14 | 3/25/2021 | | | |
| 3/18/2021 | Cravens Res Ph 2 (JS) | B21019 | $ 665.15 | | 50% | $ 332.58 | | $ 332.58 | 3/25/2021 | | | |
| 3/22/2021 | Demuth Res (JC) | B20115 | $ 296.66 | | 100% | $ 296.66 | | $ 296.66 | 3/25/2021 | | | |
| 3/22/2021 | Tucker Res Ph 2 (JC) | B21007 | $ 1,367.84 | | 50% | $ 683.92 | | $ 683.92 | 3/25/2021 | | | |
| 3/23/2021 | Wanamaker Res Ph 1 (JC) | B21004 | $ 231.69 | $ 0.01 | 50% | $ 115.85 | | $ 115.84 | 3/25/2021 | | | |
| 3/24/2021 | Lueck Res Ph 1 (JC) | B20067 | $ 2,379.45 | $ 90.79 | 50% | $ 1,189.73 | | $ 1,098.94 | 4/1/2021 | | | |
| 3/24/2021 | Knock Dev-Ramada (JC) | B20126 | $ 829.25 | $ 0.01 | 50% | $ 414.63 | | $ 414.62 | 4/1/2021 | | | |

| Date (started commission 6/1/2019) | Customer | Res # | Estimated Commission | Revised Commission (if any) | Commission Rate | Commission Amount | Weekly Deduction (Draw Payback) | Commission Payable | Check Paid |
|---|---|---|---|---|---|---|---|---|---|
| 3/24/2021 | Knock Dev-Lapis Res(JC) | B20125 | $ 638.81 | $ 0.01 | 50% | $ 319.41 | | $ 319.40 | 4/1/2021 |
| 3/25/2021 | Gene Davis Res (JS) | B21023 | $ 898.72 | | 50% | $ 449.36 | | $ 449.36 | 4/1/2021 |
| 3/25/2021 | Mincieli Residence (JC) | B20103 | $ 404.36 | | 100% | $ 404.36 | | $ 404.36 | 4/1/2021 |
| 3/30/2021 | Demuth Res (JC) | B20115 | $ (15.75) | | 100% | $ (15.75) | | $ (15.75) | 4/1/2021 |
| 4/5/2021 | Gene Davis Residence Ph 1 (JS) | B20124 | $ 1,269.20 | | 50% | $ 634.60 | | $ 634.60 | 4/8/2021 |
| 4/6/2021 | Claire Bell Res Ph 2 (JS) | B21032 | $ 1,176.37 | | 50% | $ 588.19 | | $ 588.19 | 4/15/2021 |
| 4/13/2021 | NVA-NVA Enterprises CO(JC) | B20114 | $ 11.36 | | 100% | $ 11.36 | | $ 11.36 | 4/15/2021 |
| 4/14/2021 | Andy Scott Res (JS) | B21025 | $ 870.66 | | 50% | $ 435.33 | | $ 435.33 | 4/22/2021 |
| 4/14/2021 | Everbuilt-Jaden Lane (JS) | B21027 | $ 47.34 | | 50% | $ 23.67 | | $ 23.67 | 4/22/2021 |
| 4/16/2021 | Marlene Campbell Ph 1 (JS) | B21035 | $ 1,434.38 | | 50% | $ 717.19 | | $ 717.19 | 4/22/2021 |
| 4/16/2021 | Claire Bell Res Ph 1 (JS) | B21031 | $ 2,552.63 | | 50% | $ 1,276.32 | | $ 1,276.32 | 4/22/2021 |
| 4/29/2021 | IntegraBuild-Bezel Res (JC) | B21022 | $ 533.72 | $ 42.35 | 50% | $ 266.86 | | $ 224.51 | 5/6/2021 |
| 4/30/2021 | Knock Dev-Sapphire Res(JS) | B21038 | $ 705.67 | | 50% | $ 352.84 | | $ 352.84 | 5/6/2021 |
| 5/5/2021 | Westrom-Norris Rd C/O#1(JS) | B21021 | $ 385.22 | | 50% | $ 192.61 | | $ 192.61 | 5/13/2021 |
| 5/19/2021 | Henry Res (JS) | B21042 | $ 292.12 | | 50% | $ 146.06 | | $ 146.06 | 5/27/2021 |
| 5/19/2021 | Pequot Capital Partners-Wollos(JS) | B21047 | $ 797.47 | | 50% | $ 398.74 | | $ 398.74 | 5/27/2021 |
| 5/19/2021 | C4th-Arts Res Ph 2 (JC) | B20119 | $ 1,666.35 | $ 0.01 | 50% | $ 833.18 | | $ 833.17 | 5/27/2021 |
| 5/19/2021 | C4TH Home Imp-Arts Res (JC) | B20081 | $ 2,927.86 | | 50% | $ 1,463.93 | | $ 1,463.93 | 5/27/2021 |
| 5/28/2021 | Lueck Ph 1 Change Order(JC) | B20067 | $ (39.27) | | 100% | $ (39.27) | | $ (39.27) | 6/3/2021 |
| 6/1/2021 | DC Restoration(JS) | B21051 | $ 184.97 | | 50% | $ 92.49 | | $ 92.49 | 6/3/2021 |
| 6/1/2021 | Everbuilt:Southworth Ph 1 | B21049 | $ 633.88 | | 50% | $ 316.94 | | $ 316.94 | 6/10/2021 |
| 6/2/2021 | Everbuilt:Southworth Ph 2 | B21050 | $ 370.35 | | 50% | $ 185.18 | | $ 185.18 | 6/10/2021 |
| 6/7/2021 | Hanson Res Ph 2 (JC) | B21013 | $ 3.02 | | 100% | $ 3.02 | | $ 3.02 | 6/10/2021 |
| 6/4/2021 | Brad Wright Res (JS) | B21052 | $ 761.33 | | 50% | $ 380.67 | | $ 380.67 | 6/10/2021 |
| 6/8/2021 | Pitcher Res Ph2 (JS) | B21055 | $ 438.35 | | 50% | $ 219.18 | | $ 219.18 | 6/10/2021 |
| 6/7/2021 | Campbell Res #B21054 (JS) | B21054 | $ 297.71 | | 50% | $ 148.86 | | $ 148.86 | 6/17/2021 |
| 6/10/2021 | Pitcher Res (JS) | B21053 | $ 696.28 | | 50% | $ 348.14 | | $ 348.14 | 6/17/2021 |
| 6/14/2021 | Servpro-Turner Res(JC) | B21016 | $ 1,450.88 | $ (53.73) | 50% | $ 725.44 | | $ 779.17 | 6/17/2021 |
| 6/14/2021 | PSUS Unit 2 Ph 1 (JS) | B21043 | $ 376.76 | | 50% | $ 188.38 | | $ 188.38 | 6/17/2021 |
| 6/14/2021 | PSUS Unit 2 Ph 2 (JS) | B21044 | $ 883.96 | | 50% | $ 441.98 | | $ 441.98 | 6/17/2021 |
| 6/14/2021 | PSUS Unit 5 Ph 1 (JS) | B21045 | $ 355.77 | | 50% | $ 177.89 | | $ 177.89 | 6/17/2021 |
| 6/14/2021 | PSUS Unit 5 Ph 2 (JS) | B21046 | $ 909.28 | | 50% | $ 454.64 | | $ 454.64 | 6/17/2021 |
| 6/16/2021 | Corlyn Trempe-OVERTOCK ITEMS SOLD | | $ 90.00 | | 50% | $ 45.00 | | $ 45.00 | 6/24/2021 |
| 6/17/2021 | Everbuilt-Jaden Lane (JC) | B21027 | $ 47.34 | | 50% | $ 23.67 | | $ 23.67 | 6/24/2021 |
| 6/21/2021 | Knock Dev-Sapphire Res(JC) | B21038 | $ 396.68 | | 100% | $ 396.68 | | $ 396.68 | 6/24/2021 |
| 6/28/2021 | Knock Dev-Sapphire Res(JC) Error | B21038 | $ (64.96) | | 100% | $ (64.96) | | $ (64.96) | 7/1/2021 |
| 6/24/2021 | Hanson Res (JC) | B21012 | $ 2,048.16 | $ 228.76 | 50% | $ 1,024.08 | | $ 795.32 | 7/1/2021 |
| 6/24/2021 | TLC Constr - Phillips Res (JS) | B21058 | $ 900.41 | | 50% | $ 450.21 | | $ 450.21 | 7/1/2021 |
| 6/30/2021 | Doege Dev Ph 1 (JS) | B20110 | $ - | | 50% | $ - | | $ - | 7/8/2021 |
| 6/30/2021 | Doege Dev Ph 2 (JS) | B20116 | $ - | | 50% | $ - | | $ - | |
| 6/30/2021 | Doege Dev Ph 3 (JS) | B20118 | $ 744.09 | $ 0.01 | 50% | $ 372.05 | | $ 372.04 | 7/8/2021 |
| 6/30/2021 | Doege Dev Ph 4 (JS) | B20136 | $ 72.09 | $ 0.01 | 50% | $ 36.05 | | $ 36.04 | 7/8/2021 |
| 7/8/2021 | Henry Res (JC) | B21042 | $ 292.12 | | 50% | $ 146.06 | | $ 146.06 | 7/15/2021 |
| 7/8/2021 | Brad Wright Res(JC) | B21025 | $ 761.33 | | 50% | $ 380.67 | | $ 380.67 | 7/15/2021 |
| 7/12/2021 | Grose Res (JS) | B21062 | $ 677.44 | | 50% | $ 338.72 | | $ 338.72 | 7/15/2021 |
| 7/14/2021 | Silby Res Ph 1 (JS) | B21063 | $ 698.25 | | 50% | $ 349.13 | | $ 349.13 | 7/22/2021 |
| 7/14/2021 | Silby Res Ph 2 (JS) | B21064 | $ 455.62 | | 50% | $ 227.81 | | $ 227.81 | 7/22/2021 |
| 7/22/2021 | Andy Scott Res (JC) | B21025 | $ 870.66 | | 50% | $ 435.33 | | $ 435.33 | 7/29/2021 |
| 7/28/2021 | Cravens Res Ph 1 (JC) | B21018 | $ 1,954.28 | | 50% | $ 977.14 | | $ 977.14 | 8/5/2021 |
| 7/28/2021 | Cravens Res Ph 2 (JC) | B21019 | $ 681.53 | $ (7.82) | 50% | $ 340.77 | | $ 348.59 | 8/5/2021 |
| 8/9/2021 | Pequot Capital Partners-Wollos(JC) | B21047 | $ 797.47 | $ 0.01 | 50% | $ 398.74 | | $ 398.73 | 8/12/2021 |
| 8/13/2021 | Westrom Res Ph 1 (JC) | B21009 | $ 102.75 | | 100% | $ 102.75 | | $ 102.75 | 8/19/2021 |
| 8/13/2021 | Westrom Res Ph 2 (JC) | B21010 | $ 210.45 | $ (9.08) | 50% | $ 105.23 | | $ 114.31 | 8/19/2021 |

| Date (started commission 6/1/2019) | Customer | Res # | Estimated Commission | Revised Commission (if any) | Commission Rate | Commission Amount | Weekly Deduction (Draw Payback) | Commission Payable | Check Paid |
|---|---|---|---|---|---|---|---|---|---|
| 8/13/2021 | Gene Davis Res Ph 1 (JC) | B21024 | $ 1,269.20 | $ 174.58 | 50% | $ 634.60 | | $ 460.02 | 8/19/2021 |
| 8/13/2021 | Gene Davis Res (JC) | B21023 | $ 898.72 | $ 285.00 | 50% | $ 449.36 | | $ 164.36 | 8/19/2021 |
| 8/13/2021 | Claire Bell Res Ph 2 (JC) | B21032 | $ 1,176.37 | $ 0.01 | 50% | $ 588.19 | | $ 588.18 | 8/19/2021 |
| 8/17/2021 | Nancy Campbell Res (JC) | B21054 | $ 297.71 | $ 0.01 | 50% | $ 148.86 | | $ 148.85 | 8/26/2021 |
| 8/18/2021 | Kenneth Knock Dev:Tonapah Res(JS) | B21071 | $ 1,033.71 | | 50% | $ 516.86 | | $ 516.86 | 8/26/2021 |
| 8/23/2021 | Mahaney Res(JS) | B21076 | $ 711.50 | | 50% | $ 355.75 | | $ 355.75 | 8/26/2021 |
| 8/24/2021 | Haeses Res (JS) | B21072 | $ 1,825.42 | | 50% | $ 912.71 | | $ 912.71 | 8/26/2021 |
| 8/24/2021 | Colvin Res Ph 4 (JS) | B21073 | $ 93.47 | | 50% | $ 46.74 | | $ 46.74 | 8/26/2021 |
| 8/24/2021 | XLT Const-Clark Res (JS) | B21074 | $ 120.45 | | 50% | $ 60.23 | | $ 60.23 | 8/26/2021 |
| 8/30/2021 | Silby Res Ph 2 (JC) | B21064 | $ 455.62 | | 50% | $ 227.81 | | $ 227.81 | 9/2/2021 |
| 8/30/2021 | Grose Res (JC) | B21062 | $ 677.44 | | 50% | $ 338.72 | | $ 338.72 | 9/2/2021 |
| 8/30/2021 | Integrabuild-Warmouth Ph 1 ( JS) | B21077 | $ 4,086.51 | | 50% | $ 2,043.26 | | $ 2,043.26 | 9/2/2021 |
| 8/30/2021 | Westrom-Norris Rd(JC) | B21021 | $ 987.71 | $ 0.01 | 50% | $ 493.86 | | $ 493.85 | 9/2/2021 |
| 8/30/2021 | Westrom-Norris Rd C/O#1(JC) | B21021 | $ 385.22 | | 50% | $ 192.61 | | $ 192.61 | 9/2/2021 |
| 9/1/2021 | Haeses Res (JC) | B21072 | $ 1,825.42 | $ 211.23 | 50% | $ 912.71 | | $ 701.48 | 9/9/2021 |
| 9/3/2021 | Taska Res (JS) | B21079 | $ 653.61 | | 50% | $ 326.81 | | $ 326.81 | 9/9/2021 |
| 9/7/2021 | Westrom-Norris Rd(JC) Designer Error | B21021 | $ (390.00) | | 100% | $ (390.00) | | $ (390.00) | 9/9/2021 |
| 9/7/2021 | Pfeffer Res (JS) | B21078 | $ 261.35 | | 50% | $ 130.68 | | $ 130.68 | 9/9/2021 |
| 9/9/2021 | Colvin Res Ph 4 (JC) | B21074 | $ 93.47 | $ 0.01 | 50% | $ 46.74 | | $ 46.73 | 9/16/2021 |
| 9/16/2021 | Baxter Lot #1317 (JS) | B21080 | $ 4,863.61 | | 50% | $ 2,431.81 | | $ 2,431.81 | 9/23/2021 |
| 9/16/2021 | Baker's Dozen Const-Gunby(JS) | B21081 | $ 5,332.31 | | 50% | $ 2,666.16 | | $ 2,666.16 | 9/23/2021 |
| 9/21/2021 | Haeses Res Ph 2 (JS) | B21086 | $ 65.85 | | 50% | $ 32.93 | | $ 32.93 | 9/23/2021 |
| 9/21/2021 | Pointe Spec- Huning (JS) | B21087 | $ 1,682.15 | | 50% | $ 841.08 | | $ 841.08 | 9/23/2021 |
| 9/23/2021 | Knock Dev-Constance(JS) | B21085 | $ 510.69 | | 50% | $ 255.35 | | $ 255.35 | 9/30/2021 |
| 9/23/2021 | Pimmex-Apache Gold Casino (JS) | B21082 | $ 5,751.09 | | 50% | $ 2,875.55 | | $ 2,875.55 | 9/30/2021 |
| 9/27/2021 | Claire Bell Res Ph 1 (JC) | B21031 | $ 2,552.63 | $ 119.46 | 50% | $ 1,276.32 | | $ 1,156.86 | 9/30/2021 |
| 9/28/2021 | Goss Res (JS) | B21088 | $ 3,493.63 | | 50% | $ 1,746.82 | | $ 1,746.82 | 10/7/2021 |
| 9/30/2021 | Claire Bell Res Ph 1 (JC) Designer Error | B21031 | $ (267.85) | | 100% | $ (267.85) | | $ (267.85) | 10/7/2021 |
| 10/4/2021 | Pfeffer Res (JC) | B21078 | $ 261.35 | $ 0.01 | 50% | $ 130.68 | | $ 130.67 | 10/7/2021 |
| 10/5/2021 | Pitcher Res (JC) | B21053 | $ 696.28 | | 50% | $ 348.14 | | $ 348.14 | 10/14/2021 |
| 10/12/2012 | XLT Const-Clark Res (JC) | B21075 | $ 120.45 | $ (70.71) | 50% | $ 60.23 | | $ 130.94 | 10/14/2021 |
| 10/12/2021 | Pitcher Res Ph 2 (JC) | B21055 | $ 468.03 | | 100% | $ 468.03 | | $ 468.03 | 10/14/2021 |
| 10/12/2021 | Kenneth Knock Dev:Constance (JC) | B21085 | $ 510.69 | $ 0.01 | 50% | $ 255.35 | | $ 255.34 | 10/14/2021 |
| 10/12/2021 | Kenneth Knock Dev:Tonapah Res(JC) | B21071 | $ 1,033.71 | $ 0.01 | 50% | $ 516.86 | | $ 516.86 | 10/14/2021 |
| 10/13/2021 | Haeses Res Ph 2 (JC) | B21086 | $ 65.85 | $ 20.06 | 50% | $ 32.93 | | $ 12.87 | 10/21/2021 |
| 10/14/2021 | Integrabuild-Warmouth Ph 2 ( JS) | B21094 | $ 5,500.70 | | 50% | $ 2,750.35 | | $ 2,750.35 | 10/21/2021 |
| 10/21/2021 | Pitcher Res Ph 2 (JC)extra mtrl cost | B21055 | $ (55.00) | | 100% | $ (55.00) | | $ (55.00) | 10/21/2021 |
| 10/22/2021 | Pimmex-Apache Gold Casino (JC) JOB CANCELLED | B21082 | $ (5,751.09) | | 50% | $ (2,875.55) | | $ (2,875.55) | |
| 11/3/2021 | Everbuilt-Cotton Res (JS) | B21089 | $ 1,172.16 | | 50% | $ 586.08 | | $ 586.08 | |
| 11/3/2021 | Sauer Res (JS) | B21091 | $ 635.45 | | 50% | $ 317.73 | | $ 317.73 | |
| 11/10/2021 | Durrer Res Ph 2 (JS) | B21092 | $ 78.59 | | 50% | $ 39.30 | | $ 39.30 | |
| 12/2/2021 | Silby Res Ph 1 (JC) | B21063 | $ 698.25 | $ 0.01 | 50% | $ 349.13 | | $ 349.12 | |
| 12/2/2021 | Taska Res (JC) | B21079 | $ 653.61 | $ 82.80 | 50% | $ 326.81 | | $ 244.01 | |
| 12/7/2021 | Marlene Campbell Ph 1 (JC) | B21035 | $ 1,434.38 | $ 338.81 | 50% | $ 717.19 | | $ 378.38 | |
| 1/19/2022 | Durrer Res Ph 2 (JC) | B21092 | $ 78.59 | $ 0.01 | 50% | $ 39.30 | | $ 39.29 | |
| 1/27/2022 | TLC Constr - Phillips Res (JC) | B21058 | $ 900.41 | | 50% | $ 450.21 | | $ 450.21 | |
| 2/7/2022 | Mahaney Res (JC) | B21076 | $ 711.50 | $ 173.87 | 50% | $ 355.75 | | $ 181.88 | |
| 3/10/2022 | Integrabuild-Warmouth Ph 1 ( JC) | B21077 | $ 4,086.51 | $ 474.46 | 50% | $ 2,043.26 | | $ 1,568.80 | |
| 4/14/2022 | Integrabuild-Warmouth Res Ph 2 (JC) | B21094 | $ 5,500.70 | $ (147.39) | 50% | $ 2,750.35 | | $ 2,897.74 | |
| | Per Tom NO PAY due to Seabold Contract | | | | 50% | $ - | | $ - | |

# EXHIBIT 2

| Date | Description | Ref | Amount | Adj | % | Split A | Split B | Date 2 |
|---|---|---|---|---|---|---|---|---|
| 5/6/2019 | Young Res (JS) | B19024 | $ 67.65 | | 50% | $ 33.83 | $ 33.83 | 5/9/2019 |
| 5/21/2019 | Greentree Inn (Promo 4%) | B19012 | $ 54.69 | | 100% | $ 54.69 | $ 54.69 | 5/2/2019 |
| 6/18/2019 | Young Res (JC) | B19024 | $ 67.65 | $ 0.01 | 50% | $ 33.83 | $ 33.82 | 6/20/2019 |
| 7/9/2019 | Hicks Dental Group Ph2 (JS) | B19035 | $ 3,071.68 | | 50% | $ 1,535.84 | $ 1,535.84 | 7/11/2019 |
| 7/23/2019 | David Peterson Res (JS) | B19039 | $ 87.00 | | 50% | $ 43.50 | $ 43.50 | 7/25/2019 |
| 8/5/2009 | Prescott Glass & Mirror (JC) | B9023 | $ 625.21 | $ 0.01 | 50% | $ 312.61 | $ 312.60 | 8/8/2019 |
| 8/19/2019 | Hicks Dental Group Ph2 (JC) | B19035 | $ 3,041.39 | $ 15.15 | 50% | $ 1,520.70 | $ 1,505.55 | 8/22/2019 |
| 8/26/2019 | Susan Moore Res (JS) | B19044 | $ 181.30 | | 50% | $ 90.65 | $ 90.65 | 8/29/2019 |
| 9/9/2019 | Partridge Res (JS) | B19048 | $ 1,447.45 | | 50% | $ 723.73 | $ 723.73 | 9/12/2019 |
| 9/17/2019 | Robb Res (JS) | B19049 | $ 788.84 | | 50% | $ 394.42 | $ 394.42 | 9/26/2019 |
| 10/7/2019 | David Peterson Res (JC) | B19039 | $ 87.00 | | 50% | $ 43.50 | $ 43.50 | 10/10/2019 |
| 10/7/2019 | Susan Moore Res (JC) | B19044 | $ 181.30 | | 50% | $ 90.65 | $ 90.65 | 10/10/2019 |
| 10/17/2019 | Spear Res Ph2 (JS) | B19053 | $ 2,204.04 | | 50% | $ 1,102.02 | $ 1,102.02 | 10/24/2019 |
| 11/5/2019 | Robb Res (JC) | B19049 | $ 788.84 | | 50% | $ 394.42 | $ 394.42 | 11/7/2019 |
| 11/18/2019 | Partridge Res (JC) | B19048 | $ 1,447.45 | $ 0.01 | 50% | $ 723.73 | $ 723.72 | 11/21/2019 |
| 12/31/2019 | Baxter Ent Lot#032 (JS) | B19065 | $ 7,501.02 | | 50% | $ 3,750.51 | $ 3,750.51 | 1/9/2020 |
| 3/16/2020 | Spear Res Ph2 (JC) | B19053 | $ 2,116.15 | $ (56.05) | 50% | $ 1,058.08 | $ 1,114.13 | 3/19/2020 |
| 3/30/2020 | Baxter Ent Lot#032 (JC) | B19065 | $ 5,492.45 | $ 1,004.29 | 50% | $ 2,746.23 | $ 1,741.94 | 4/2/2020 |

| Date | Customer | Res # | Estimated Commission | Revised Commission (if any) | Commission Rate | Commission Amount | Commission Payable | Check Paid |
|---|---|---|---|---|---|---|---|---|
| 12/2/2019 | Miller Res | IB19003 | $ 3,887.54 | | 50% | $ 1,943.77 | $ 1,943.77 | 12/5/2019 |
| 12/16/2019 | Moore Res Ph2 (Promo) | B19045 | $ 225.33 | | 7.5% | $ 225.33 | $ 225.33 | 12/19/2019 |
| 1/10/2020 | Vedadi-PC Lot 278(JS)(25% Share w/Anna) | IB20001 | $ 2,869.26 | | 25% | $ 717.32 | $ 717.32 | 1/16/2020 |
| 1/16/2020 | Riggs Res(JS) | IB20002 | $ 4,869.82 | | 50% | $ 2,434.91 | $ 2,434.91 | 1/23/2020 |
| 1/20/2020 | Schroeder Res(JC) | IB19001 | $ 2,032.52 | | 100% | $ 2,032.52 | $ 2,032.52 | 1/23/2020 |
| 1/21/2020 | Coffin Res(JS) | IB20003 | $ 1,028.09 | | 50% | $ 514.05 | $ 514.05 | 1/23/2020 |
| 2/3/2020 | Miller Res(JC) | IB19003 | $ 3,707.98 | $ 89.78 | 50% | $ 1,853.99 | $ 1,764.21 | 2/6/2020 |
| 3/2/2020 | Coffin Res(JC) | IB20003 | $ 1,028.09 | $ 0.01 | 50% | $ 514.05 | $ 514.04 | 3/5/2020 |
| 3/11/2020 | Stoken Res(JS) | IB20007 | $ 319.62 | | 50% | $ 159.81 | $ 159.81 | 3/19/2020 |
| 3/18/2020 | Daniel Res(JS) | IB20012 | $ 1,227.54 | | 50% | $ 613.77 | $ 613.77 | 3/26/2020 |
| 3/30/2020 | Medrano Res (JS) | IB20015 | $ 2,269.00 | | 50% | $ 1,134.50 | $ 1,134.50 | 4/2/2020 |
| 4/1/2020 | Morrison Res(JS) | IB20016 | $ 6,173.67 | | 50% | $ 3,086.84 | $ 3,086.84 | 4/9/2020 |
| 4/13/2020 | Riggs Res(JC) | IB20002 | $ 4,131.14 | $ 369.34 | 50% | $ 2,065.57 | $ 1,696.23 | 4/16/2020 |

# EXHIBIT 3

| Date(Started Commission 04/19/21) | Customer | Res # | Estimated Commission | Revised Commission (if any) | Commission Rate | Commission Amount | Commission Payable | Check Paid |
|---|---|---|---|---|---|---|---|---|
| 6/7/2021 | Kim Henderson Res (JS) | IC21046 | $ 1,390.00 | | 50% | $ 695.00 | $ 695.00 | 6/10/2021 |
| 6/29/2021 | Roberts Res (JS) | IC21061 | $ 1,988.40 | | 50% | $ 994.20 | $ 994.20 | 7/1/2021 |
| 7/13/2021 | Kotsur Res (JS) | IC21074 | $ 348.56 | | 50% | $ 174.28 | $ 174.28 | 7/15/2021 |
| 7/27/2021 | Manders Res (JS) | IC21083 | $ 275.66 | | 50% | $ 137.83 | $ 137.83 | 7/29/2021 |
| 8/4/2021 | Veluri Res (JS) | IC21087 | $ 1,642.16 | | 50% | $ 821.08 | $ 821.08 | 8/12/2021 |
| 8/9/2021 | Carrazco Res (JS) | IC21090 | $ 2,344.25 | | 50% | $ 1,172.13 | $ 1,172.13 | 8/12/2021 |
| 8/9/2021 | Kim Henderson Res (JC) | IC21046 | $ 1,390.00 | | 50% | $ 695.00 | $ 695.00 | 8/12/2021 |
| 8/18/2021 | Kuenzli Res (JS) | IC21094 | $ 677.93 | | 50% | $ 338.97 | $ 338.97 | 8/26/2021 |
| 8/18/2021 | Piper Res (JS) | IC21098 | $ 599.28 | | 50% | $ 299.64 | $ 299.64 | 8/26/2021 |
| 9/28/2021 | Mazzacano Res (JS) | IC21119 | $ 6,786.78 | | 50% | $ 3,393.39 | $ 3,393.39 | 9/30/2021 |
| 10/4/2021 | Mazzacano Res (JS) Balance 1st half | IC21119 | $ 128.27 | | 100% | $ 128.27 | $ 128.27 | 10/7/2021 |
| 10/6/2021 | Morris Res (JS) | IC21115 | $ 453.05 | | 50% | $ 226.53 | $ 226.53 | 10/14/2021 |
| 10/15/2021 | Haines Res (JS) | IC21129 | $ 409.41 | | 50% | $ 204.71 | $ 204.71 | 10/21/2021 |
| 10/15/2021 | Kotsur Res (JC) | IC21074 | $ 333.75 | | 50% | $ 166.88 | $ 166.88 | 10/21/2021 |
| 10/21/2021 | Hirshfield Res (JS) | IC21134 | $ 949.67 | | 50% | $ 474.84 | $ 474.84 | 10/28/2021 |
| 10/28/2021 | Manders Res (JC) | IC21083 | $ 275.66 | | 50% | $ 137.83 | $ 137.83 | 11/4/2021 |
| 11/1/2021 | Roberts Res (JC) | IC21061 | $ 1,988.40 | | 50% | $ 994.20 | $ 994.20 | 11/4/2021 |
| 11/9/2021 | Speer Res (JS) | IC21144 | $ 356.12 | | 50% | $ 178.06 | $ 178.06 | 11/11/2021 |
| 11/11/2021 | Carrazco Res (JC) | IC21090 | $ 2,344.25 | $ 110.31 | 50% | $ 1,172.13 | $ 1,061.82 | 11/11/2021 |
| 11/10/2021 | Caranci Res (JS) | IC21146 | $ 733.10 | | 50% | $ 366.55 | $ 366.55 | 11/18/2021 |
| 11/11/2021 | Veluri Res (JC) | IC21087 | $ 1,642.16 | $ 151.79 | 50% | $ 821.08 | $ 669.29 | 11/18/2021 |
| 11/15/2021 | DeVinney Res (JS) | IC21154 | $ 1,274.05 | | 50% | $ 637.03 | $ 637.03 | 11/18/2021 |
| 11/15/2021 | Gail White Res(JS) | IC21156 | $ 1,447.71 | | 50% | $ 723.86 | $ 723.86 | 11/18/2021 |
| 11/17/2021 | Cotterman Res (JS) | IC21157 | $ 927.15 | | 50% | $ 463.58 | $ 463.58 | 11/24/2021 |
| 12/2/2021 | Piper Res (JC) | IC21098 | $ 599.28 | $ 50.40 | 50% | $ 299.64 | $ 249.24 | 12/9/2021 |
| 12/2/2021 | Kuenzli Res (JC) | IC21094 | $ 677.93 | $ 50.30 | 50% | $ 338.97 | $ 288.67 | 12/9/2021 |
| 12/2/2021 | Dymond Res (JS) | IC21162 | $ 7,457.09 | | 50% | $ 3,728.55 | $ 3,728.55 | 12/9/2021 |
| 12/15/2021 | Topham Res (JS) | IC21170 | $ 568.30 | | 50% | $ 284.15 | $ 284.15 | 12/23/2021 |
| 12/21/2021 | Hirshfield Res (JC) | IC21134 | $ 949.67 | $ 0.01 | 50% | $ 474.84 | $ 474.83 | 12/23/2021 |
| 12/28/2021 | Parker Res (JS) | IC21176 | $ 1,656.50 | | 50% | $ 828.25 | $ 828.25 | 1/6/2022 |
| 1/3/2022 | Speer Res (JC) | IC21144 | $ 356.12 | | 50% | $ 178.06 | $ 178.06 | 1/6/2022 |
| 1/6/2022 | Tabitha Grant Res (JS) | IC22001 | $ 2,923.67 | | 50% | $ 1,461.84 | $ 1,461.84 | 1/13/2022 |
| 1/17/2022 | Kuenzli Res Ph 2(JS) | IC22005 | $ 812.79 | | 50% | $ 406.40 | $ 406.40 | 1/20/2022 |
| 1/19/2022 | Phillips Res (JS) | IC22009 | $ 1,109.09 | | 50% | $ 554.55 | $ 554.55 | 1/27/2022 |
| 1/26/2022 | Morris Res (JC) | IC21115 | $ 453.05 | $ 45.54 | 50% | $ 226.53 | $ 180.99 | 2/3/2022 |
| 1/31/2022 | Mazzacano Res Ph 2 (JS) | IC22016 | $ 60.64 | | 50% | $ 30.32 | $ 30.32 | 2/3/2022 |
| 2/7/2022 | Haines Res (JC) | IC21129 | $ 409.41 | $ 0.01 | 50% | $ 204.71 | $ 204.70 | 2/10/2022 |
| 2/15/2022 | Caranci Res (JC) | IC21146 | $ 733.10 | | 50% | $ 366.55 | $ 366.55 | 2/17/2022 |
| 2/15/2022 | Dittell Res (JS) | IC22023 | $ 3,300.93 | | 50% | $ 1,650.47 | $ 1,650.47 | 2/17/2022 |
| 2/18/2022 | Jarrett Res (JS) | IC22027 | $ 2,159.67 | | 50% | $ 1,079.84 | $ 1,079.84 | 2/24/2022 |
| 3/8/2022 | Valdez Res (JS) | IC22038 | $ 1,001.38 | | 50% | $ 500.69 | $ 500.69 | 3/17/2022 |
| 3/16/2022 | Fain Res (JS) | IC22045 | $ 1,138.13 | | 50% | $ 569.07 | $ 569.07 | 3/24/2022 |
| 3/16/2022 | Marla Castaneda Res(JS) | IC22046 | $ 636.51 | | 50% | $ 318.26 | $ 318.26 | 3/24/2022 |
| 3/22/2022 | Zimmerman Res (JS) | IC22050 | $ 683.48 | | 50% | $ 341.74 | $ 341.74 | 3/24/2022 |
| 3/24/2022 | Cotterman Res (JC) | IC21157 | $ 927.15 | $ 67.05 | 50% | $ 463.58 | $ 396.53 | 3/31/2022 |
| 3/28/2022 | Quinonez Res (JS) | IC22056 | $ 1,077.18 | | 50% | $ 538.59 | $ 538.59 | 3/31/2022 |

| Date | Customer | Invoice | Amount | Adj | % | Commission | Paid | Paid Date |
|---|---|---|---|---|---|---|---|---|
| 4/7/2022 | Kotlicky Res (JS) | IC22057 | $ 4,111.92 | | 50% | $ 2,055.96 | $ 2,055.96 | 4/14/2022 |
| 4/19/2022 | DeVinney Res (JC) | IC21154 | $ 1,274.05 | $ 0.01 | 50% | $ 637.03 | $ 637.02 | 4/21/2022 |
| 4/21/2022 | Calderon Res (JS) | IC22072 | $ 1,762.68 | | 50% | $ 881.34 | $ 881.34 | 4/28/2022 |
| 4/25/2022 | Topham Res (JC) | IC21170 | $ 568.30 | $ 34.18 | 50% | $ 284.15 | $ 249.97 | 4/28/2022 |
| 5/3/2022 | Burnett Res (JS) | IC22077 | $ 973.95 | | 50% | $ 486.98 | $ 486.98 | 5/5/2022 |
| 5/5/2022 | Breecher Res (JS) | IN22100-Phoenix | $ 1,039.51 | | 50% | $ 519.76 | $ 519.76 | 5/12/2022 |
| 5/10/2022 | Chandra Res (JS) | IN22105-Mesa | $ 612.77 | | 50% | $ 306.39 | $ 306.39 | 5/12/2022 |
| 5/10/2022 | Parker Res (JC) | IC21176 | $ 1,656.50 | $ 20.63 | 50% | $ 828.25 | $ 807.62 | 5/12/2022 |
| 5/12/2022 | Tabitha Grant Res (JC) | IC22001 | $ 2,923.67 | $ 212.59 | 50% | $ 1,461.84 | $ 1,249.25 | 5/12/2022 |
| 5/16/2022 | Phillips Res (JC) | IC22009 | $ 1,109.09 | $ 102.03 | 50% | $ 554.55 | $ 452.52 | 5/19/2022 |
| 5/18/2022 | Farry Res (JS) | IN22117-Phoenix | $ 1,628.89 | | 50% | $ 814.45 | $ 814.45 | 5/26/2022 |
| 5/20/2022 | Preston-Ortiz Res(JS) | IN22129-Goodyear | $ 494.47 | | 50% | $ 247.24 | $ 247.24 | 5/26/2022 |
| 5/23/2022 | Kuenzli Res Ph 2 (JC) | IC22005 | $ 812.79 | $ 8.03 | 50% | $ 406.40 | $ 398.37 | 5/26/2022 |
| 6/6/2022 | Kuenzli Res Ph 3 (JS) | IN22142-Chandler | $ 22.00 | | 50% | $ 11.00 | $ 11.00 | 6/9/2022 |
| 6/9/2022 | Cong Res (JS) | IN22153-Surprise | $ 2,657.43 | | 50% | $ 1,328.72 | $ 1,328.72 | 6/16/2022 |
| 6/15/2022 | Dymond Res Ph 2 (JS) | IN22144-Chandler | $ 2,781.18 | | 50% | $ 1,390.59 | $ 1,390.59 | 6/23/2022 |
| 6/20/2022 | Tabitha Grant Ph 2 (JS) | IN22143-Queen Creek | $ 1,833.38 | | 50% | $ 916.69 | $ 916.69 | 6/23/2022 |
| 6/21/2022 | Valdez Res (JC) | IC22038 | $ 1,001.38 | $ 76.04 | 50% | $ 500.69 | $ 424.65 | 6/23/2022 |
| 6/21/2022 | Mazzacano Res (JC) | IC21119 | $ 7,043.31 | $ 599.72 | 50% | $ 3,521.66 | $ 2,921.94 | 6/23/2022 |
| 6/21/2022 | Mazzacano Res Ph 2 (JC) | IC22016 | $ 60.64 | $ 16.37 | 50% | $ 30.32 | $ 13.95 | 6/23/2022 |
| 6/21/2022 | Quinonez Res (JC) | IC22056 | $ 1,077.18 | | 50% | $ 538.59 | $ 538.59 | 6/30/2022 |
| 6/27/2022 | Mazzacano Res (JC) Custome Credit | IC21119 | $ (500.00) | | 100% | $ (500.00) | $ (500.00) | 6/30/2022 |
| 6/28/2022 | Marla Castaneda Res(JC) | IC22046 | $ 636.51 | $ 43.91 | 50% | $ 318.26 | $ 274.35 | 6/30/2022 |
| 6/28/2022 | Zimmerman Res (JC) | IC22050 | $ 683.48 | $ 78.11 | 50% | $ 341.74 | $ 263.63 | 6/30/2022 |
| 6/28/2022 | Woods Res (JS) | IN22172-Gilbert | $ 1,667.33 | | 50% | $ 833.67 | $ 833.67 | 6/30/2022 |
| 7/14/2022 | Luxury Remodels-Brayer Res (JS) | IN22187-Phoenix | $ 1,059.13 | | 50% | $ 529.57 | $ 529.57 | 7/28/2022 |