# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

Case No.   CV-22-08081-PCT-JJT            DATE:  November 1, 2023

Title:   Tony Manzo, et al.      vs.    Engrained Cabinetry and Countertops LLC, et al.
                 Plaintiff                                      Defendant
================================================================

HON:  Eileen S. Willett       Judge #:   70CC

  Debbie Monroe                         Not Recorded
   Judicial Assistant                    Reporter/ECRO

**APPEARANCES:**

Josh Sanford appearing for Plaintiffs.

David Potts appearing for Defendants.

All appearances telephonic.

================================================================
**PROCEEDINGS:**        _____Open Court        _____Chambers      __X__Other

The Settlement Magistrate Judge held a telephonic status conference with counsel.  The status of the case was discussed, and counsel agree that a settlement conference in the format described may be of assistance in resolving the case.   All parties are available December 11, 2023 at 10:00 a.m. to 5:00 p.m.   An Order with further instructions will follow.

Total time:   15 mins.
10:00 a.m. – 10:15 a.m.