**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

Case No.     CV-22-08081-PCT-JJT              DATE:  December 11, 2023

Title:    Tony Manzo, et al.         vs.      Engrained Cabinetry and Countertops LLC, et al.
                    Plaintiff                                   Defendant
==================================================================

HON:    Eileen S. Willett        Judge #:    70CC

    Debbie Monroe                              Not Recorded
    Judicial Assistant                      Reporter/ECRO

**APPEARANCES:**

Josh Sanford appearing for Plaintiffs.   Plaintiff Tony Manzo is also present.

David Potts appearing for Defendants.   Defendant Thomas Corkery is also present.

All appearances telephonic.

==================================================================
**PROCEEDINGS:**          **Open Court**          **Chambers**      **X    Other**


The Settlement Magistrate Judge conducted a telephonic settlement conference.   The parties participated in good faith.   A settlement was not reached.



Total time:   3 hours, 15 mins.
10:00 a.m. – 1:15 p.m.