David C. Potts, Bar #030550
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4547
Fax: (602) 200-7829
dpotts@jshfirm.com

Attorneys for Defendants Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Individually and On Behalf of All Others Similarly Situated , <br><br> Plaintiff, <br><br> v. <br><br> Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery, <br><br> Defendants. | No. 3:22-cv-08081-JJT <br><br> **Defendants' Motion to Continue Telephonic Status Conference Set for March 14, 2024** |

Defendants Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery (collectively "Defendants"), by and through counsel undersigned, hereby move this Court to continue the telephonic status conference set for March 14, 2024. Counsel for Defendants is unavailable March 14 and 15, but is available either earlier that week (March 11 or 12) or the following week (on March 18 or 19). Counsel for Defendants has conferred with counsel for Plaintiffs and confirmed that all of these dates (March 11, 12, 18, and 19) are compatible with Plaintiffs' counsel's schedule as well. As such, Defendants request that this Court move the telephonic status conference to March 11, 12, 18, or 19.

116736229.1

DATED this 29th day of February, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/David C. Potts*
David C. Potts
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC, and Thomas Corkery

2

116736229.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/Gail Hardin

3

116736229.1