# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Manzo, *et al.*, | No. CV-22-08081-PCT-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Engrained Cabinetry and Countertops LLC, *et al.*, | |
| Defendants. | |

At issue is Defendants' Motion to Continue Telephonic Status Conference Set for March 14, 2024 (Doc. 68) in which they offer alternate dates that are also compatible with Plaintiffs' counsel's schedule. Upon review the Court will reset the status conference.

**IT IS HEREBY ORDERED** granting Defendants' Motion to Continue Telephonic Status Conference Set for March 14, 2024 (Doc. 68).

**IT IS FURTHER ORDERED** vacating the telephonic March 14, 2024 status conference and resetting it to **March 18, 2024, at 9:00 AM** (Arizona time). All other aspects of the Court's Order (Doc. 67) remain in effect.

Dated this 1st day of March, 2024.

Honorable John J. Tuchi
United States District Judge