1  Josh Sanford (Ark. Bar No. 2001037)
2  Sanford Law Firm, PLLC
   Kirkpatrick Plaza
3  10800 Financial Centre Pkwy, Suite 510
   Little Rock, Arkansas 72211
4  (501) 221-0088
5  josh@sanfordlawfirm.com

6  Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Each Individually and on Behalf of All Others Similarly Situated, | NO. 3:22-cv-8081-PCT-JTT |
|---|---|
| Plaintiffs, | **JOINT NOTICE OF THE ESTIMATED NUMBER OF TRIAL DAYS** |
| v. | |
| Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery, | |
| Defendants. | |

Pursuant the Court's Order setting a telephonic Status Conference [Doc. 67], Plaintiffs Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias ("Plaintiffs") and Defendants Engrained Cabinetry and Countertops, LLC, Inspired Closets of Arizona, LLC and Thomas Corkery ("Defendants"), through their counsel of record, respectfully submit the following Joint Notice of the Estimated Number of Trial Days.

1. There has been no request for a jury trial, therefore, Parties estimate that a trial will take no more than 5 trial days.

DATED this 13th day of March, 2024.

| SANFORD LAW FIRM, PLLC | JONES, SKELTON & HOCHULI P.L.C. |
|---|---|
| By: *s/ Josh Sanford*<br>Josh Sanford<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>(501) 221-0088<br><br>*Attorney for Plaintiffs* | By: *s/ David C. Potts*<br>David C. Potts<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>(602) 263-1708<br><br>*Attorney for Defendant* |