# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Manzo, *et al.*, | No. CV-22-08081-PCT-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Engrained Cabinetry and Countertops LLC, *et al.*, | |
| Defendants. | |

The parties have notified the Court that they have reached a settlement "in principle." (Doc. 73.) They request that the Court stay all remaining deadlines in this case. The Court will not take such a drastic action without a notice of settlement, which portends an actual accord between the parties having legal significance—it extinguishes the claims pending and divests the Court of jurisdiction. Announcement of a settlement "in principle" has no such import or significance. It doesn't end the case. Were the Court to vacate the remaining deadlines on the basis of a settlement in principle, and then the parties decided they could not or would not consummate settlement, much delay would ensue reinstating and adjusting deadlines for the remaining milestones. This is inefficient as a practical matter and incorrect as a legal one.

Accordingly, the Court declines to stay the pending deadlines based on the parties' Notice of a settlement "in principle" (Doc. 73) but will give the parties an opportunity to file an actual Notice of Settlement informing the Court that they have reached an accord. If the parties are able to file an actual Notice of Settlement, the Court will vacate the

upcoming final pretrial conference, the associated deliverables, and the upcoming trial. In that event, the Court will give the parties 30 days to consummate the settlement and file a joint Notice of Dismissal. If the parties are unable to file an actual Notice of Settlement at this time, the case will proceed on the presently set schedule. Because the deadline for the parties' filing of the Joint Proposed Pretrial Order is imminent—July 8, 2024 (Doc. 72 at 1:16)—the Court will give the parties until noon on July 3, 2024, to file any actual Notice of Settlement.

**IT IS HEREBY ORDERED** denying the parties' request in the Joint Notice of Settlement (Doc. 73).

**IT IS FURTHER ORDERED** that the parties may file an actual Notice of Settlement, as set forth in this Order by **12:00 noon (Arizona time) on July 3, 2024**.

Dated this 1st day of July, 2024.

Honorable John J. Tuchi
United States District Judge