Josh Sanford (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Each Individually and on Behalf of All Others Similarly Situated<br><br>                    Plaintiffs,<br><br>v.<br><br>Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery,<br>                              Defendants. | NO. 3:22-cv-8081-PCT-JTT<br><br>**JOINT NOTICE<br>OF SETTLEMENT** |

    The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiffs and Defendants have reached a settlement that will resolve all claims asserted by Plaintiffs. The Parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within 30 days from the filing of this Joint Notice of Settlement. If the Parties cannot meet that deadline, they will file a Status

1

Report.  In light of the current status of the case, the Parties request that all deadlines be stayed pending finalization of their settlement.

DATED this 2nd day of July, 2024.

| SANFORD LAW FIRM, PLLC | JONES, SKELTON & HOCHULI P.L.C. |
|---|---|
| By: *s/ Josh Sanford*<br>Josh Sanford<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>(501) 221-0088<br><br>*Attorney for Plaintiffs* | By: *s/ David C. Potts*<br>David C. Potts<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>(602) 263-1708<br><br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, hereby certify that a true and correct copy of the foregoing was served via CM/ECF on July 2, 2024, to the attorneys of record in this matter.

*/s/ Josh Sanford*
**Josh Sanford**