IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Manzo, *et al.*, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>Engrained Cabinetry and Countertops LLC, *et al.*, <br><br>　　　　Defendants. | No. CV-22-08081-PCT-JJT <br><br> **ORDER** |

A Joint Notice of Settlement (Doc. 75) having been filed,

**IT IS HEREBY ORDERED** that this matter will be dismissed with prejudice 30 days days after the docketing of this Order unless the parties file a stipulation to dismiss prior to that date. The settlement constitutes an accord that has extinguished the underlying claim. All pending deadlines are vacated.

**IT IS FURTHER ORDERED** vacating the following:

　　　　7/15/2024　　Final Pretrial Conference

　　　　8/12/2024　　Bench Trial

Dated this 3rd day of July, 2024.

Honorable John J. Tuchi
United States District Judge