Josh Sanford (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Each Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery,<br>Defendants. | NO. 3:22-cv-8081-PCT-JTT<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS** |

Plaintiffs Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias (collectively, "Plaintiffs"), each individually and on behalf of others similarly situated, and Defendants Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona,

1

LLC and Thomas Corkery (collectively, "Defendant" or "Defendants"), by and through their undersigned counsel, submit the following Motion for Extension of Time to File Dismissal Documents:

1. On July 2, the Parties filed a Notice of Settlement wherein the Parties stated they had reached a settlement. *See* ECF 75.

2. The Court acknowledged the Parties' settlement and entered an Order setting the deadline for filing a joint stipulation of dismissal or other appropriate documents by August 2. *See* ECF No. 76.

3. Due to the Fair Labor Standards Act claims which are implicated by the Parties' settlement and the collective of individuals involved, the Parties believe that the Court's approval is necessary.

4. The Parties have drafted a written settlement agreement as well as a Motion for Approval and are in the process of editing it to the satisfaction of both Parties.

5. Accordingly, the Parties request that the Court allow them an additional twenty-one (21) days from the filing of this Motion for Extension to finalize their agreement and for the Parties to file dismissal documents.

WHEREFORE, premises considered, the Parties respectfully request that the Court extend the deadline for the Parties' filing of dismissal documents to August 23, 2024.

DATED this 2nd day of August, 2024.

| SANFORD LAW FIRM, PLLC | JONES, SKELTON & HOCHULI P.L.C. |
|---|---|
| By: *s/ Josh Sanford*<br>Josh Sanford<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>(501) 221-0088 | By: *s/ David C. Potts*<br>David C. Potts<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>(602) 263-1708 |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, hereby certify that a true and correct copy of the foregoing was served via CM/ECF on August 2, 2024, to the attorneys of record in this matter.

*/s/ Josh Sanford*
**Josh Sanford**
