IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Each Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery,<br><br>Defendants. | NO. 3:22-cv-8081-PCT-JJT<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS** |

Having considered Plaintiffs' and Defendants' Motion for Extension of Time to File Dismissal Documents (ECF No. 77), this Court hereby **GRANTS** the Motion and finds as follows:

1. **IT IS ORDERED** that the parties shall file their dismissal documents on or before August 23, 2023.

DATED this __ day of _____ 2024.

_____
**HON. JOHN J. TUCHI**
**UNITED STATES DISTRICT JUDGE**