# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Manzo, *et al.*, | No. CV-22-08081-PCT-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Engrained Cabinetry and Countertops LLC, *et al.*, | |
| Defendants. | |

At issue is the Parties' Joint Motion for Extension of Time to File Dismissal Documents (Doc. 77). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Joint Motion for Extension of Time to File Dismissal Documents (Doc. 77).

**IT IS FURTHER ORDERED** that the parties shall file their dismissal documents on or before August 23, 2024.

Dated this 2nd day of August, 2024.

Honorable John J. Tuchi
United States District Judge