Josh Sanford (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PRESCOTT DIVISION

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Each Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery,<br>Defendants. | NO. 3:22-cv-8081-PCT-JTT<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS** |

Plaintiffs Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias (collectively, "Plaintiffs"), each individually and on behalf of others similarly situated, and Defendants Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery (collectively, "Defendant" or "Defendants"), by and through

1

their undersigned counsel, submit the following Motion for Extension of Time to File Dismissal Documents:

1. On July 2, the Parties filed a Notice of Settlement wherein the Parties stated they had reached a settlement. *See* ECF 75.

2. The Court acknowledged the Parties' settlement and entered an Order setting the deadline for filing a joint stipulation of dismissal or other appropriate documents by August 2. *See* ECF No. 76.

3. On August 2, the Parties filed their Joint Motion for Extension of Time to File Dismissal Documents, stating that they had drafted a written settlement agreement as well as a Motion for Approval, and further requesting an additional twenty-one days. *See* ECF No. 77.

4. The Court acknowledged the Parties' Motion for Extension and entered an Order setting the deadline for filing dismissal documents by August 23. *See* ECF No. 78.

5. The Parties have since finalized their agreement and have begun executing the agreement, but, given the number of Parties, not all have executed the agreement, and the Parties believe the agreement should be executed before it is approved by the Court.

6. Accordingly, the Parties request that the Court allow them an additional seven (7) days from the filing of this Motion for Extension to obtain the remaining signatures and for the Parties to file dismissal documents.

1  WHEREFORE, premises considered, the Parties respectfully request that the
2  Court extend the deadline for the Parties' filing of dismissal documents to August 30,
3  2024.

4  DATED this 23rd day of August, 2024.

SANFORD LAW FIRM, PLLC

By: *s/ Josh Sanford*
Josh Sanford
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088

*Attorney for Plaintiffs*

JONES, SKELTON & HOCHULI P.L.C.

By: s/ *David Potts*
David C. Potts
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
(602) 263-1708

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Josh Sanford, hereby certify that a true and correct copy of the foregoing was served via CM/ECF on August 23, 2024, to the attorneys of record in this matter.

*/s/ Josh Sanford*
**Josh Sanford**

3