1

2            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ARIZONA

3                   PHOENIX DIVISION

4

5 Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Each Individually and on Behalf of All Others Similarly Situated

        NO. 3:22-cv-8081-PCT-JJT

6

7 **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS**

8               Plaintiffs,

9         v.

10 Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery,

11               Defendants.

12

13 Having considered Plaintiffs' and Defendants' Motion for Extension of Time to File

14 Dismissal Documents (ECF No. 79), this Court hereby **GRANTS** the Motion and finds

15 as follows:

16      1.     **IT IS ORDERED** that the parties shall file their dismissal documents on

17 or before August 30, 2024.

18

19      DATED this __ day of _____ 2024.

20                              _____

21                              **HON. JOHN J. TUCHI**
                             **UNITED STATES DISTRICT JUDGE**

22