Josh Sanford (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Each Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery,<br>                                     Defendants. | NO. 3:22-cv-8081-PCT-JTT<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

Named Plaintiffs Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, each individually and on behalf of others similarly situated (collectively, "Plaintiffs"), and Defendants Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery (collectively, "Defendant" or "Defendants"), by and through their undersigned counsel, jointly move this Court for an

Order approving the Settlement Agreement and Release reached in this action under the Fair Labor Standards Act ("FLSA"), for the reasons set forth in the accompanying memorandum in support of this Motion.

DATED this 30 day of August, 2024.

| SANFORD LAW FIRM, PLLC | JONES, SKELTON & HOCHULI P.L.C. |
|---|---|
| By: *s/ Josh Sanford*<br>Josh Sanford<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>(501) 221-0088<br><br>*Attorney for Plaintiffs* | By: *s/ David C. Potts*<br>David C. Potts<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>(602) 263-1708<br><br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, hereby certify that a true and correct copy of the foregoing was served via CM/ECF on August 30, 2024, to the attorneys of record in this matter.

*/s/ Josh Sanford*
**Josh Sanford**