IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Tony Manzo, Suzanne Adams, Brian Kimmerle, Judy Kinsinger, Matthew Lee, Seth Zimmerman, Nicole Cavasini-Pludowski and Nancy Thias, Each Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>Engrained Cabinetry and Countertops LLC, Inspired Closets of Arizona, LLC and Thomas Corkery,<br><br>Defendants. | NO. 3:22-cv-8081-PCT-JTT<br><br>**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

Having considered Plaintiffs and Defendant's Joint Motion for Approval of Settlement and Memorandum in Support (ECF Nos. 81 & 82), this Court hereby **GRANTS** the Motion and finds as follows:

1. The Settlement Agreement of the Parties is fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., and thus, the Settlement Agreement is **APPROVED**.

DATED this __ day of _____ 2024.

_____
**HON. JOHN J. TUCHI**
**UNITED STATES DISTRICT JUDGE**